## EXHIBIT A

| Plaintiff Name | Filing No. |
|---|---|
| Douglas, Joseph F. | 1:19-cv-03687 |
| Vann, Mary A. | 1:19-cv-03705 |
| Dailey, McKinley | 1:19-cv-03745 |
| Manson, William R. | 1:19-cv-03748 |
| Hess, Lane R. | 1:19-cv-03749 |
| Meehan, James L. | 1:19-cv-04334 |
| Gonsiewski, Tina Marie | 1:19-cv-04379 |
| Gill, Yonnette | 1:19-cv-04861 |